JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z PRODUX, INC., | Case No. CV 12-05040 DDP (RZx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| OFRA COSMETICS, LLC, | |
| Defendants. | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 30 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 25, 2016

DEAN D. PREGERSON
United States District Judge